PEOPLE, Respondent, v. JUELL, Appellant. (Supreme Court, Appellate Division, Second Department. June 13, 1913.) Proceeding by the People of the State of New York against Christian S. Juell. No opinion. Judgment of conviction of the County Court of Kings county affirmed by default. See, also, 141 N. Y. Supp. 1138.